| Cause #: | 2013-77133 | | Court # | 334TH | Judgment Date: | 11/24/2014 |
|---|---|---|---|---|---|---|
| Volume: | | | Page: | | Image #: | 63318366 |
| Due Date: | 1/23/2015 | | Attorney Bar No: | 24071480 | | |

Assigned to    FIRST    Court of Appeals

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
12/24/2014 4:39:42 PM
CHRISTOPHER A. PRINE
Clerk

| Date Findings of Facts/Mtn of Modify/Mtn New Trial filed? | N/A |
|---|---|

| Request for Transcript Filed? | NONE | BC |
|---|---|---|
| Notice of Appeal previously filed? N | | C |
| Number of Days: | 60 | OA |

File Ordered: IMAGED

Notes:

BC     Notice of Appeal filed
BG     Notice of Appeal filed – Government
C      Appealing Final Judgment
D -    Accelerated Appeal
OA      No Clerk's Record Request filed
O – Clerk's Record Request filed (w/Notice of Appeal)

## NO. 2013-77133

| | | |
|---|---|---|
| **ARNOLD GOFFE,** | § | **IN THE DISTRICT COURT OF** |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **HARRIS COUNTY, TEXAS** |
| | § | |
| **U.S. BANK NATIONAL ASSOCIATION,** | § | |
| **AS TRUSTEE AS SUCCESSOR BY** | § | |
| **MERGER TO LASALLE BANK** | § | |
| **NATIONAL ASSOCIATION, AS** | § | |
| **TRUSTEE FOR** | § | |
| **CERTIFICATEHOLDERS OF BEAR** | § | |
| **STERANS ASSET BACKED** | § | |
| **SERCURITIES I LLC, ASSET** | § | |
| **BACK-CERTIFICATES, SERIES** | § | |
| **2005-HE11,** | § | |
| | § | |
| **Defendant.** | § | **334th JUDICIAL DISTRICT** |

## PLAINTIFF'S NOTICE OF APPEAL

Notice is hereby given that Plaintiff, Arnold Goffe, in the above styled case, hereby appeals

to either the First Court of Appeals or the Fourteenth Court of Appeals from the final judgment

that was entered in this action on the 24th day of November, 2014.

DATE: December 22, 2014

Respectfully submitted,

By: */s/ Anh Thu N. Dinh*
Robert "Chip" C. Lane
State Bar No. 24046263
Anh Thu N. Dinh
State Bar No. 24071480
**THE LANE LAW FIRM**
6200 Savoy, Suite 1150
Houston, Texas 77036-3300
(713) 595-8200 Telephone
(713) 595-8201 Facsimile
**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

Pursuant to Rule 6.3 and 9.5(b), (d), and (e), of the Texas Rules of Appellate Procedure, I certify that I have served this document on all other parties which are listed below on December 22, 2014, as follows:

Michael F. Hord, Jr.
State bar No. 00784294
Hirsch & Westheimer, P.C.
700 Louisiana, 25th Floor
Houston, TX 77002
(713) 223-5181 – Telephone
(713) 223-9319 – Facsimile
*Attorney for Defendant*

*/s/ Anh Thu N. Dinh*
Anh Thu N. Dinh

CASE NUM: 201377133__ PJN> __   TRANS NUM: _____ CURRENT COURT: 334 PUB? _
CASE TYPE: OTHER CIVIL                      CASE STATUS: DISPOSED (FINAL)
STYLE: GOFFE, ARNOLD              VS U S BANK NATIONAL ASSOCIATION (AS
================================================================================
                     **** INACTIVE PARTIES ****
   PJN  PER/CONN COC  BAR      PERSON NAME              PTY    ASSOC. ATTY
   NUM   NUMBER                                         STAT
_    00002-0002 XPL 00784294 U S BANK NATIONAL ASSOCIATION    HORD, MICHAEL
_    00001-0002 XDF          GOFFE, ARNOLD
_    00003-0001 AGT          U S BANK NATIONAL ASSOCIATION  D
_    00002-0001 DEF 00784294 U S BANK NATIONAL ASSOCIATION  D  HORD, MICHAEL
_    00001-0001 PLT 24046263 GOFFE, ARNOLD                  D  LANE, ROBERT


==> (5) CONNECTION(S) FOUND
1=ACTIVE        2=ATY. INQ.    3=ACT.ENTRY    4=ISS. SERV.   5=DOC. INQ.
6=CASE INQ.    7=BACKWARD     8=FORWARD      9=PTY. ADDR.   10=REFRESH    11=HELP

JUFC7 (NSK#)      JUSTICE INFORMATION MANAGEMENT SYSTEM      DEC 24, 2014(C1)
INT6510                      CIVIL CASE INTAKE              OPT: _____ -  INT
                          GENERAL PARTY INQUIRY            PAGE:    1 -    1

CASE NUM: 201377133__ PJN> __   TRANS NUM: _____ CURRENT COURT: 334 PUB? _
CASE TYPE: OTHER CIVIL                      CASE STATUS: DISPOSED (FINAL)
STYLE: GOFFE, ARNOLD              VS U S BANK NATIONAL ASSOCIATION (AS
================================================================================
                     **** ACTIVE PARTIES ****
   PJN  PER/CONN COC  BAR      PERSON NAME              PTY    ASSOC. ATTY
   NUM   NUMBER                                         STAT


==> (0) CONNECTION(S) FOUND
1=INACTIVE      2=ATY. INQ.    3=ACT.ENTRY    4=ISS. SERV.   5=DOC. INQ.
6=CASE INQ.    7=BACKWARD     8=FORWARD      9=PTY. ADDR.   10=REFRESH    11=HELP